UNITED STATES OF AMERICA

v.                                    Case No. 8:12-cr-14-T-33MAP

FRANCISCO JAVIER ALSONO-DIAZ
_____/

## ORDER

This matter is before the Court upon consideration of the report and recommendation of the Honorable Mark A. Pizzo, United States Magistrate Judge (Doc. # 28), which was filed on May 18, 2012, recommending that the Defendant's Motion to Suppress (Doc. # 17) be denied.  No objections have been filed, and the time to file objections has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.   28  U.S.C.  §  636(b)(1);  Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal

conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file and upon due consideration, the Court accepts and adopts the report and recommendation.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  The report and recommendation (Doc. # 28) is **ACCEPTED AND ADOPTED**.

(2)  Defendant's Motion to Suppress (Doc. # 17) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 7th day of June 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record